| | |
|---|---|
| 1 | **AEGIS LAW FIRM, PC** |
| 2 | SAMUEL A. WONG, State Bar No. 217104 |
|   | KASHIF HAQUE, State Bar No. 218672 |
| 3 | FAWN F. BEKAM, State Bar No. 307312 |
| 4 | 9811 Irvine Center Drive, Suite 100 |
|   | Irvine, California 92618 |
| 5 | Telephone: (949) 379-6250 |
|   | Facsimile:  (949) 379-6251 |
| 6 | Email:  fbekam@aegislawfirm.com |
| 7 | Attorneys for Plaintiff Brent Dennard, individually, |
| 8 | and on behalf of all others similarly situated. |

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT DENNARD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VIVID SEATS LLC; and DOES 1 through 20, inclusive,<br><br>Defendant. | Case No. 8:22-cv-01074-CJC-ADS<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby requests the dismissal of his individual claims with prejudice. Because Defendant Vivid Seats LLC has neither filed an answer nor moved for summary judgment, Plaintiff has an absolute right to voluntary dismiss this case. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Plaintiff hereby requests the dismissal of the class action claims without prejudice. No class has been certified in this matter, therefore Federal Rules of Civil Procedure 23(e)'s exceptions do not apply.

Dated: June 13, 2022      **AEGIS LAW FIRM, PC**

_____
Fawn Bekam
Attorneys for Plaintiff Brent Dennard

-1-
NOTICE OF VOLUNTARY DISMISSAL