# JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT DENNARD, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>VIVID SEATS LLC; and DOES 1 through 20, inclusive,<br><br>　　　　　Defendant. | Case No. 8:22-cv-01074-CJC-ADS<br><br>**ORDER DISMISSING INDIVIDUAL CLAIMS WITH PREJUDICE AND DISMISSING CLASS CLAIMS WITHOUT PREJUDICE** |

ORDER

# ORDER

This matter came before the Court on Plaintiff's Notice of Voluntary Dismissal. The dismissal of Plaintiff's individual claims with prejudice and the dismissal of the class claims without prejudice is hereby GRANTED.

Dated: June 14, 2022

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE